**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

MAGISTRATE JUDGE'S MINUTES

DATE: 8/9/02     CASE NUMBER: CR 91-00446-TUC-FRZ (NFF)

USA vs. FRANCISCO RAFAEL CAMARENA-MACIAS
DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

U.S. MAGISTRATE JUDGE: MAGISTRATE NANCY F. FIORA   Judge #: 70BB

U.S. Attorney Rick Cooper & David Flannigan     INTERPRETER REQ'D Mirtha Nebeker & Leah Pasut
Attorney for Defendant Steven G. Ralls & Rick Jones     ☐ Appt  ☒ Ret  ☐ FPD  ☐ Spec Appr

FILED ____ LODGED ____ RECEIVED ____ COPY
AUG 1 2 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**MOTIONS HEARING FOR FRANCISCO RAFAEL CAMARENA-MACIAS HELD.**

Government's exhibits 1-3 and Defendant's exhibit 1 are admitted.

The parties stipulate that Defendant's Motion for Discovery(787-1), Defendant's Motion to Compel Disclosure(835-1), and Defendant's Motion for Bill of Particulars(844-1) are **MOOT**. Defendant withdraws Dual Criminality argument. Defendant's Motion to Suppress Identification(843-1), Defendant's Motion to Dismiss Indictment on doctrine of speciality grounds (845-1), and Defendant's Motion to Reveal Identities of Government's Sources of Information (848-1) are **UNDER ADVISEMENT**.

**AN EXPEDITED TRANSCRIPT IS ORDERED.**

Copies to:
USA, CNSL, PSA

RECORDED: Cass. #ECR Operator
# _____ : _____ to: _____

BY: Matt Zehm
Deputy Clerk



865