PAUL K. CHARLTON
United States Attorney
District of Arizona
JAMES T. LACEY
State Bar No. 007778
Assistant U.S. Attorney
DAVID P. FLANNIGAN
State Bar No. 007162
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
david.flannigan@usdoj.gov
james.lacey@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>Felipe de Jesus Corona-Verbera,<br><br>              Defendant. | CR 91-0446-TUC-FRZ (HCE)<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT RULE 6 VIOLATION** |

The United States of America, by and through its attorneys, Paul K. Charlton, United States Attorney for the District of Arizona, and David P. Flannigan, Assistant U.S. Attorney, in response to the Defendant's Motion to Dismiss the Indictment, hereby states that defense counsel states no authority for her position, other than Rule 6(d) of the Federal Rules of Criminal procedure which was not violated.

Counsel appears to think that simply because the statement of another person is presented to the Grand Jury that that person is somehow present improperly before the Grand Jury. If that were the case no individual's statements could ever be presented to the Grand Jury.

//

1   Defendant's position is logically and factually without merit and should be denied.

2   Respectfully submitted this __13th__ day of February, 2006.

3

4                                              PAUL K. CHARLTON
                                               United States Attorney
5                                              District of Arizona

6                                              *s/ David P. Flannigan*

7                                              DAVID P. FLANNIGAN
                                               Assistant United States Attorney
8

9

10  Copy of the foregoing served
    electronically or by other means
11  this __13th__ day of February, 2006 to:

    Andrea Matheson, Esq.
12  100 North Stone Avenue, Suite 702
    Tucson  AZ  85701-0001
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2