PAUL K. CHARLTON
United States Attorney
District of Arizona
JAMES T. LACEY
State Bar No. 007778
Assistant U.S. Attorney
DAVID P. FLANNIGAN
State Bar No. 007162
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone:  520-620-7300
david.flannigan@usdoj.gov
james.lacey@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR 91-0446-TUC-FRZ (HCE) |
| | ) | |
| v. | ) | **GOVERNMENT'S MOTION** |
| | ) | **FOR DETERMINATION OF** |
| Felipe de Jesus Corona-Verbera, | ) | **POSSIBLE CONFLICT OF** |
| | ) | **INTEREST** |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through its attorneys, Paul K. Charlton, United States Attorney for the District of Arizona, and James T. Lacey, Assistant U.S. Attorney, hereby requests this Court to determine if Alejandro Vasquez, a private investigator employed by defense counsel Andrea Matheson, should be permitted to continue working for the defense in the above-captioned matter for the reasons set forth in the following memorandum.

MEMORANDUM

On February 17, 2006 the undersigned government counsel became aware that Alejandro Vasquez was making inquiries as to the whereabouts of several government agents that had worked on the Douglas Tunnel investigation. After being advised of this inquiry a call was made to Arturo Bernal, a Special Agent with the Arizona Attorney

General's Office. Agent Bernal advised me that he was contacted earlier in the day by Mr. Vasquez and asked where specific law enforcement officials currently resided. After a brief discussion between Agent Bernal and Alejandro Vasquez regarding the name and locations of some government agents, Agent Bernal volunteered that he was assisting paralegal Sandi Solis of the U.S. Attorney's Office with the Douglas Tunnel case. Mr. Vasquez soon thereafter terminated the conversation.

I asked Agent Bernal whether he was aware that Alejandro Vasquez was retired from government service when he called Agent Bernal on February 17, 2006. Agent Bernal said he believed Mr. Vasquez was still employed as a federal government law enforcement officer (U.S. Department of Justice, Office of Inspector General). Agent Bernal said that when Mr. Vasquez called him he never said he was not in government service nor did he say he was employed by defense attorney Andrea Matheson when he sought information about the location of federal law enforcement officials.

Immediately after speaking with Arturo Bernal government counsel contacted the number Agent Bernal had for Mr. Vasquez. Interestingly, the prefix for Mr. Vasquez's telephone number is the same prefix used by U.S. Immigration and Customs Enforcement (229). After identifying myself and confronting Mr. Vasquez concerning his telephone call earlier in the day to Arturo Bernal, Mr. Vasquez claimed Agent Bernal knew that he, Vasquez, was not in law enforcement. As noted earlier, Agent Bernal says otherwise.

After learning the above information, government counsel called defense counsel. Ms. Matheson stated that she employed the services of Alejandro Vasquez in order to locate several law enforcement personnel and that she hired him the evening of February 16, 2006. When Ms. Matheson was advised that Vasquez was soliciting information from law enforcement without advising the person that he was no longer in law enforcement and was employed by the defense, she stated she would advise Mr. Vasquez to be sure to identify himself as working for her when he was conducting interviews.

After speaking with Ms. Matheson, Special Agent in Charge Grant Murray checked to determine if Mr. Vasquez had solicited any information from his employees in the Department of Homeland Security Office of Inspector General's Office. He advised me that one of his employees was contacted on February 15, 2006 by Mr. Vasquez and asked how to locate two former government officials. Mr. Vasquez was provided with the whereabouts of the persons. At no time during that conversation did Mr. Vasquez say that he was seeking that information for Ms. Matheson. It should be noted that Mr. Vasquez solicited that information one day prior to Ms. Matheson saying she hired Mr. Vasquez to work on the Douglas Tunnel case.

During the morning of February 17, 2006, government counsel James Lacey, David Flannigan and paralegal Sandi Solis met with defense counsel at the U.S. Attorney's office and received some proposed stipulations from Ms. Matheson. During that meeting, government counsel inquired of Ms. Matheson who she employed as her private investigator in our case. She told us that she used the firm of Randy Downer and gave us the names of the persons in the firm that she was using to assist her in preparing the Douglas Tunnel case for Trial. Ms. Matheson did not advise us that she had engaged Alejandro Vasquez.

The fact that Vasquez is married to an Assistant U.S. Attorney should not, by itself, cause Vasquez to be disqualified from working on the Douglas Tunnel case. However, when Vasquez either solicits information from law enforcement who believe Vasquez is still in law enforcement or when he solicits the information from persons who may know he retired on February 4, 2006 but Vasquez does not advise them that he is seeking the information for the defense, it raises serious ethical concerns and possible conflict of interest issues.

//

For the reasons set forth herein, it is submitted that Alejandro Vasquez be prohibited from working on the Douglas Tunnel case.

Respectfully submitted this _21st_ day of February, 2006.

                                              PAUL K. CHARLTON
                                              United States Attorney
                                              District of Arizona

                                              *s/ James T. Lacey*

                                              JAMES T. LACEY
                                              Assistant United States Attorney

Copy of the foregoing served
electronically or by other means
this _21st_ day of February, 2006 to:

Andrea Matheson, Esq.
100 North Stone Avenue, Suite 702
Tucson  AZ  85701-0001