PAUL K. CHARLTON
United States Attorney
District of Arizona
JAMES T. LACEY
State Bar No. 007778
Assistant U.S. Attorney
DAVID P. FLANNIGAN
State Bar No. 007162
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
james.lacey@usdoj.gov
david.flannigan@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 91-0446-TUC-FRZ (HCE) |
| v. | ) | |
| Felipe de Jesus Corona-Verbera, | ) | **STIPULATION REGARDING MONEY SEIZURES** |
| Defendant. | ) | |

It is hereby STIPULATED between the parties in the above-captioned case that the following facts and elements are uncontested, and shall be considered by the jury to have been proven, beyond a reasonable doubt, within the trial of this case:

1) United States Currency was seized from a 1984 Pace Arrow motorhome, located at the K-Mart in Douglas, Arizona on March 3, 1989. The total amount seized was approximately 1,586,234.00 [Exhibit A];

2) United States Currency was seized from a 1983 Ford Bronco at the Port of Entry, Douglas, Arizona on November 10, 1989. The total amount seized was approximately 1,231,254.00 [Exhibit B].

//

The content of this stipulation is true and correct. Further, it has been translated and explained to the defendant in this case, and he is in agreement with its content.

_____
Felipe de Jesus Corona-Verbera
Defendant

_____
Andrea Matheson, Esq.
Attorney

Respectfully submitted this 14th day of March, 2006.

PAUL K. CHARLTON
United States Attorney
District of Arizona

JAMES T. LACEY
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 14th day of March, 2006 to:

Andrea Matheson, Esq.
100 North Stone Avenue, Suite 702
Tucson AZ 85701-0001

Exhibit A





Exhibit B





