UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAR - 7 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

FELIPE DE JESUS CORONA-VERBERA

DEFENDANT'S WITNESS LIST

CR 91-446-TUC-FRZ

| PRESIDING JUDGE<br>Hon. Frank R. Zapata | COURTROOM DEPUTY<br>Michelle Mejia | COURT REPORTER<br>Diane Davenport |
|---|---|---|
| HEARING DATE(S)<br>Motions Hearing: 2/27/06 | U.S. ATTORNEY<br>James Lacey<br>David Flannigan | DEFENSE ATTORNEY<br>Andrea Matheson |

| Gov. No. | Def. No. | Date Sworn | Date Appeared | Witness | Under Rule |
|---|---|---|---|---|---|
|  | 1 | 2/27/06 | ③ 2/28/06<br>2/27/06 | Elba de Corona | X |
|  | 2 | 2/27/06 | ④ 2/29/06 | Felipe Corona Munoz | X |
|  | 3 | 2/27/06 | ⑤ 2/28/06 | Raul Corona-Verbera | X |
|  | 4 | 2/27/06 | ⑥ 2/28/06 | Maria de los Angeles Corona-Verbera | X |
|  | 5 | 2/27/06 | ⑧ 2/28/06 | Alma Angelica Rodriguez Becerra | X |
|  | 6 | 2/27/06 | ① 2/27/06 | Renee Scherlen |  |
|  | 7 |  |  | Felipe de Jesus Corona-Verbera |  |
|  | 8 | 2/27/06 | ② 2/27/06 | Richard Hughes |  |
|  | 9 | 2/28/06 | 2/28/06 | Angel Enriquez Jr. |  |
|  | 10 | 2/27/06 |  | Lois Grushka | X |
|  | 11 | 2/27/06 | ⑦ 2/28/06 | Frank Acevedo | X |
|  | 12 | 3/6/06 | 3/6/06 | Alejandro Vazquez, Private Investigator | X |