# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

PLAINTIFF

    V.

Felipe de Jesus Corona-Verbera

DEFENDANT



Gov't
WITNESS LIST

FILED _____ LODGED
RECEIVED _____ COPY

MAR - 9 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CASE NUMBER: CR 91 0446 TUC FRZ

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Frank R. Zapata | Michelle Mejia | Dianne Davenport |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| February 27, 2006 | AUSA James T. Lacey | Andrea Matheson |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1. | | 2/27/06 | 2/28/06 | Miguel Briseno | X |
| 2. | | 2/27/06 | 2/27/06 | Rosa Douglass | X |
| 3. | | 2/27/06 | 2/28/06 | Juan Martinez | X |
| 4. | | 2/27/06 | 3/1/06 | Grant Murray | X |
| 5. | | 2/27/06 | 2/27/06 | Sister Juana Maria Ramirez "aka" Sister Jeanne | X |
| 6. | | 2/27/06 | 3/6/06 | Morris Reyna | X |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |