# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

EXHIBIT LIST

**United States of America**
PLAINTIFF

V.

**Felipe de Jesus Corona-Verbera**
DEFENDANT

CASE NUMBER: CR 91 0446 TUC FRZ

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Frank R. Zapata | Michelle Mejia | Dianne Davenport |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| February 27, 2006 | AUSA James T. Lacey | Andrea Matheson |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | | Complaint dated 5/25/90 |
| 2 | | | Warrant for Arrest issued 5/25/90 |
| 3 | | | USC Fugitive Report dated 5/31/90 by Grant Murray (bates #12187) |
| 4 | | | USC Report of Investigation dated 8/16/90 by Miguel Briseno (bates #12188-12190) |
| 5 | | | USC Report of Investigation dated 1/29/91 by Grant Murray (bates #458-459) |
| 6 | | | Videotape of *Unsolved Mysteries* "Tunnel of Cocaine" Segment |
| 7 | | | *Unsolved Mysteries* Hot Tip sheet (bates #12193) |
| 7a | | | *Unsolved Mysteries* Hot Tip sheet (bates #12194-12195) |
| 8 | | | USC Memorandum dated 4/16/92 (bates #12196) |
| 9 | | | USC Report of Interview dated 12/20/93 by Clark Richards (bates #12255-12257) |
| 10 | | | USC Report of Interview dated 12/15/93 by Morris Reyna (bates #12258-12265) |
| 11 | | | 2nd Superceding Indictment dated 4/26/95 |
| 12 | | | Warrant for Arrest issued 4/27/95 |
| 13 | | | *Unsolved Mysteries* letter dated 2/10/06 (bates #12199) |
| 14 | | | America's Most Wanted call sheet (bates #12197) |
| 14a | | | America's Most Wanted call sheet (bates #12198) |
| 15 | | | E-Mail from Atalanta Mihas dated 2/1/06 |
| 16 | | 2/27/06 | Narcotics Control Reports (bates #12200-12207) |

EXHIBIT LIST -- CONTINUATION

| United States of America   V.   Felipe de Jesus Corona-Verbera | CASE NO.<br>CR 91-0446-TUC-FRZ |
| --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| --- | --- | --- | --- |
| 17 | | | Videotape of Defendant's Interview taken 1/23/03 |
| 17a | | | Transcript of Defendant's Interview dated 1/23/03 (bates #10043-10151) |
| 18 | | | Transcript of Defendant's Interview dated 1/23/03 (English Translation) (bates #9899-9909) |
| 18a | | | Transcript of Defendant's Interview dated 1/23/03 (Spanish Translation) (bates #9899-9909) |
| 19 | | | USC Report of Investigation dated 2/17/04 by Morris Reyna (bates #9871-9874) |
| 20 | | | USC Report of Investigation dated 2/13/04 by Grant Murray (bates #9875-9878) |
| 21 | | | USC Report of Investigation by Gayle Jennings (bates #9879-9882) |
| 22 | | | English version of defendants' 3rd statement in Mexico |
| 23 | | | Spanish version of defendants' 3rd statement in Mexico |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |