UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELIPE DE JESUS CORONA-VERBERA, ) <br> ) <br> Defendant. ) | **VERDICT** <br><br> CASE NO. CR-91-00446-TUC-FRZ |

WE THE JURY, FIND THE DEFENDANT, FELIPE DE JESUS CORONA-VERBERA:

____Guilty____ of Conspiracy to Import Cocaine, as charged in Count 1 of the Third Superseding Indictment.

____Guilty____ of Conspiracy to Possess with Intent to Distribute Marijuana and Cocaine as charged in Count 2 of the Third Superseding Indictment.

____Guilty____ of Importation of Cocaine as charged in Count 19 of the Third Superseding Indictment.

____Guilty____ of Possession with Intent to Distribute Cocaine as charged in Count 20 of the Third Superseding Indictment.

**Please make the following findings as applicable:**

WE THE JURY, FIND BEYOND A REASONABLE DOUBT THAT:

1. The amount of Cocaine involved in Count 1 was approximately ____2037 lbs____

WE THE JURY, FIND BEYOND A REASONABLE DOUBT THAT:

2. The amount of Marijuana involved in Count 2 was approximately ____0____

**Continued on Page 2**

Copies Distributed

Lacy, Matheson

Page 2  FELIPE DE JESUS CORONA-VERBERA  CR-91-00446-TUC-FRZ

WE THE JURY, FIND BEYOND A REASONABLE DOUBT THAT:

3. The amount of Cocaine involved in Count 2 was approximately __2037 lbs__

WE THE JURY, FIND BEYOND A REASONABLE DOUBT THAT:

4. The amount of Cocaine involved in Count 19 was approximately __2037 lbs__

WE THE JURY, FIND BEYOND A REASONABLE DOUBT THAT:

5. The amount of Cocaine involved in Count 20 was approximately __2037 lbs__

__61__                                              __3-29-06__
**Presiding Juror's Signature or Number**                        Date